UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY PAUL CUPPAY (#68507)

VERSUS

BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 08-293-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 29, 2009 (doc. no. 33) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims against defendant Mai Tran are DISMISSED for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the Motion to Dismiss the defendant Burl Cain (doc. No. 29) is GRANTED, DISMISSING the plaintiff's claims against this defendant, with prejudice, on the basis of qualified immunity, and this action is DISMISSED.

Baton Rouge, Louisiana, this 19th day of May, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA